**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**ANDERSON DIVISION**

| | | |
|---|---|---|
| Gloria L. Campbell and Bobby J. Campbell, Individually and as Guardians of Vanessa Renee Campbell, | ) ) ) ) | Case No: 8:20-cv-00950-BHH |
| Plaintiff, | ) ) | |
| v. | ) ) ) ) | **ATTORNEY VERIFICATION OF AFFIDAVIT OF RECORDS CUSTODIAN** |
| The Burton Center, Jimmy Burton and Laurie Cordell, | ) ) ) | |
| Defendants. | ) ) | |

I, Robert C. Childs III, Attorney for the Plaintiffs affirms the following affidavit of records custodian to be true and accurate.

_s/Robert C. Childs, III_
2100 Poinsett Highway
Greenville, South Carolina 29609
864-242-9997
864-242-9914 (fax)
Robert@LawyerChilds.com
Fed. Bar No. 0123

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**ANDERSON DIVISION**

| | | |
|---|---|---|
| Gloria L. Campbell and Bobby J. Campbell, Individually and as Guardians of Vanessa Renee Campbell, | ) ) ) ) | Case No: 8:20-cv-00950-BHH |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **AFFIDAVIT OF** **RECORDS CUSTODIAN** |
| The Burton Center, Jimmy Burton and Laurie Cordell, | ) ) ) | |
| Defendants. | ) ) | |

I _Diane Eubanks_ , being duly sworn state that I am an official custodian of records for _Greenwood County EMS_ .

Attached are true and accurate copies of the records of this organization which are regularly kept in the normal course of the business activity for this organization.

Further affiant sayeth not.

_Diane Eubanks_
Records Custodian

Print Name: _Diane Eubanks_

SWORN to before me this
___1___ Day of _October_ 2020.

_Kayla Dwyer_
Notary Public for _South Carolina_
My Commission Expires: _Feb 28 2027_