# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# ANDERSON DIVISION

| | |
|---|---|
| Gloria L. Campbell and Bobby J. Campbell, Individually and as Guardians of Vanessa Renee Campbell,<br><br>    Plaintiff,<br><br>v.<br><br>The Burton Center, Jimmy Burton and Laurie Cordell,<br><br>    Defendants. | Case No: 8:20-cv-00950-BHH<br><br>**ATTORNEY VERIFICATION OF AFFIDAVIT OF RECORDS CUSTODIAN** |

I, Robert C. Childs III, Attorney for the Plaintiffs affirms the following affidavit of records custodian to be true and accurate.

> *s/Robert C. Childs, III*
> 2100 Poinsett Highway
> Greenville, South Carolina 29609
> 864-242-9997
> 864-242-9914 (fax)
> Robert@LawyerChilds.com
> Fed. Bar No. 0123

# Certification of Medical Records

I, the undersigned, being the duly authorized medical records custodian or other qualified witness declare the following:

The copies for which this certification is made are true and complete reproductions of the original, microfilmed or electronic health records that were kept in the regular course of business of Self Regional Healthcare and it was in the regular course of business to make said records.

These medical records were made at the time of the condition and/or occurrences reported therein or within a reasonable time thereafter and accurately reflect the condition and/or occurrence.

I certify that the foregoing statements made by me are true.

| | |
|---|---|
| Patient Name: | VANESSA R. CAMPBELL |
| Date of Birth: | 06/26/1969 |
| MRN: | 974015869 |
| Total Pages: | 110 |

*Susan Parker, CRIS*

| | |
|---|---|
| Certified By: | SUSAN PARKER, CRIS |
| Title: | ROI SPECIALIST |
| Date: | 09/28/2020 |
| Location Requested: | MONTGOMERY CENTER FOR FAMILY MEDICINE |

SELF REGIONAL HEALTHCARE

1325 Spring Street

Greenwood, SC 29646